N. A. BERWIN & CO., INC., et al., Respondents, *v.* AMERICAN SAFETY RAZOR CORPORATION et al., Appellants, et al., Defendants.— Order unanimously affirmed, with one bill of $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.

MORTIMER B. BURNSIDE & CO., INC., Respondent, *v.* DAVID L. SHINDLER, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ.

MARTHA PALM et al., Appellants, v. AMERICAN EAGLE FIRE INSURANCE COMPANY OF NEW YORK et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ.

ACME STEEL PARTITION CO., INC., Appellant, v. KATH HOLDING CORP., Respondent, et al., Defendants.— Judgment, so far as appealed from unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL COMULADA, Appellant.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ.

HAZEL FRIEDLANDER, Appellant, v. ROSIE SCHEER, Individually and as Executrix of HERMAN N. SCHEER, Deceased, et al., Respondents, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ.

PETE JOHNSON, Appellant, v. CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ.